**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

PAT J. KING                                                                                                    PLAINTIFF

v.                                          NO. 4:14CV00569 JLH

WRIGHT MEDICAL TECHNOLOGY, INC.;
WRIGHT MEDICAL GROUP, INC.;
and JOHN DOES I-V                                                                                      DEFENDANTS

## ORDER OF DISMISSAL

Having been notified in the plaintiff's status report (Document #21) that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 1st day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE